IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE ROBLES JAUREGUI,

    Plaintiff,                    No. 2:10-cv-2283 JFM (PC)

    vs.

MATTHEW CATE, et al.,

    Defendants.                <u>ORDER</u>

_____ /

        Pending before the court is defendant Peter Perez's July 22, 2011 motion to dismiss. On August 24, 2011, plaintiff, proceeding pro se, filed an opposition to the motion. On August 31, 2011, defendant filed a reply. On September 13, 2011 and on the court's own motion, J.R. Parker was appointed counsel for plaintiff.

        Based on the foregoing, IT IS HEREBY ORDERED that, within seven days of the date of this order, counsel for plaintiff shall submit a status report informing the court as to whether he intends to file an amended opposition to the pending motion to dismiss.

DATED: October 11, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;jaur2283.jo

1