1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JORGE ROBLES JAUREGUI,

11            Plaintiff,                    No. 2:10-cv-2283 JAM JFM (PC)

12        vs.

13   MATTHEW CATE, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding with appointed counsel and in forma

17   pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983.

18            On May 2, 2011, the court ordered the United States Marshal to serve process

19   upon the defendants in this case.  The Marshal was directed to attempt to secure a waiver of

20   service before attempting personal service on defendants.  If a waiver of service was not returned

21   within sixty days, the Marshal was directed to effect personal service on the defendants in

22   accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

23   § 566(c), without prepayment of costs, and to file the return of service with evidence of any

24   attempt to secure a waiver of service and with evidence of all costs subsequently incurred in

25   effecting personal service.

26   /////

1

1    On August 22, 2011, the United States Marshal filed a return of service with a

2  USM-285 form showing total charges of $226.20 for effecting personal service on defendant

3  Jerry Weiner.  The form shows that a waiver of service form was mailed to the defendant on

4  May 6, 2011, and that no response was received.  However, review of the docket shows that

5  defendant Wiener appeared in this action by filing an answer on July 5, 2011.

6    Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, as

7  follows:

8    An individual, corporation, or association that is subject to service
      under subdivision (e), (f), or (h) and that receives notice of an
9    action in the manner provided in this paragraph has a duty to avoid
      unnecessary costs of serving the summons . . . .

10

11    If a defendant located within the United States fails to comply with
      a request for waiver made by a plaintiff located within the United
      States, the court shall impose the costs subsequently incurred in
12    effecting service on the defendant unless good cause for the failure
      be shown.

13

14  Fed. R. Civ. P. 4(d)(2).

15    Defendant's answer notwithstanding, the court finds that defendant was given the

16  opportunity required by Rule 4(d)(2) to waive service and has failed to comply with the request.

17    Accordingly, IT IS HEREBY ORDERED that:

18    1.  Within fourteen days from the date of this order defendant Weiner shall pay to

19  the United States Marshal the sum of $226.20, unless within that time defendant files a written

20  statement showing good cause for its failure to waive service.  The court does not intend to

21  extend this fourteen day period.

22  /////

23  /////

24  /////

25  /////

26  /////

2

1            2.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

2  Marshal.

3  DATED: November 7, 2011.

4

5                        UNITED STATES MAGISTRATE JUDGE

6

7  /014;jaur2283.taxcost

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26