IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE ROBLES JAUREGUI,

      Plaintiff,                    No. 2:10-cv-2283 JAM JFM (PC)

  vs.

MATTHEW CATE, et al.,

      Defendants.               ORDER

_____/

       Plaintiff is a state prisoner proceeding with appointed counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Dr. Peter Perez's motion to dismiss. Prior to the appointment of counsel, plaintiff filed an opposition to the motion. Upon appointment, counsel was directed to file a status report indicating whether or not an amended opposition would be filed. Thereafter, counsel filed a notice of withdrawal of opposition papers and a notice of non-opposition to the motion to dismiss.

       In accordance with counsel's notice, IT IS HEREBY ORDERED that defendant Perez's motion to dismiss is granted, and Dr. Perez is dismissed from this action.

DATED: November 7, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;jaur2283.mtd.stip

1