IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jorge Jauregui

          Plaintiff(s)

vs.

Cate et al.

          Defendants.

No. 2:10-2283 JAM JFM

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, John R. Parker, Jr., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 13, 2011, by the Honorable John F. Moulds, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Plaintiff seeks copies of his medical records. Quest Discovery Services has informed Plaintiff that the total cost of reproducing his medical records from Solono State Prison, Doctor's Hospital of Manteca, and Queen of the Valley Hospital will be $305.78.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 305.78.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-2283 JAM JFM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of November, 20 11, at Sacramento, California.

John R. Parker, Jr.

Attorney for Plaintiff(s)

The above expenditure is __JFM__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 11-15-11

United States District Judge/Magistrate