IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE ROBLES JAUREGUI,

      Plaintiff,                    No. 2:10-cv-2283 JAM JFM (PC)

  vs.

MATTHEW CATE, et al.,

      Defendants.              ORDER

_____/

        Pending before the court is a motion to withdraw filed by plaintiff's appointed counsel, John R. Parker, Jr. Doc. No. 54. Also pending is defendant M. Hsieh's motion for summary judgment. Doc. No. 55. Opposition to defendant's motion is due on September 13, 2012, the same day on which plaintiff's counsel's motion to withdraw is set for hearing before the undersigned. The court takes note of plaintiff's counsel's diligence and good faith efforts to obtain an extension of time to file an opposition to defendant's motion in order to prevent prejudice to plaintiff as a result of the overlap of the pending motions. Plaintiff has since filed a motion for appointment of new counsel and a request for extension of time to file an opposition to defendant's motion.

        Based on the foregoing, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. The September 13, 2012 hearing on counsel's motion to withdraw is vacated;

2. The July 25, 2012 motion to withdraw is granted;

3. Plaintiff's August 10, 2012 motion to appoint counsel is denied;

4. Plaintiff's August 10, 2012 motion for extension of time is granted.  Plaintiff's opposition to defendant Hsieh's motion for summary judgment shall be filed on or before siixty days from the date of this order.

DATED: September 12, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;jaur2283.jo(2)